IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

CHARLENE FIELDER, ON BEHALF
OF T.T. JR.                                                                                           PLAINTIFF

vs.                                                        CIVIL ACTION NO. 3:13-CV-1075 HTW-LRA

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL
SECURITY                                                                                         DEFENDANT


### AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation.  Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken.  Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against the defendant with prejudice for failure to state a claim.

**SO ORDERED AND ADJUDGED, this the** 30th **day of July, 2014.**


s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE